# United States District Court Violation Notice

CS-5

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 4550971 | BRANCH, R | 2125 |

4550971

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☑ State Code |
|---|---|
| 05/24/2017 2135 | CVC 23123 |

**Place of Offense:** MCB CAMP PENDLETON, CA 92055 PARKING LOT OF BLDG. 220120 ADJ. VANDEGRIFT BLVD

**Offense Description: Factual Basis for Charge** — HAZMAT ☐

USE OF CELLPHONE WITHOUT HANDS FREE DEVICE

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| WITTNER | HAL | S |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 7HBR196 | CA | 2015 | HYUN/ELA |  | RED |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. see INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 200 Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →** $ 225 Total Collateral Due

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 221 W. BROADWAY, SAN DIEGO, CA 92101

Date (mm/dd/yyyy): ___
Time (hh:mm): ___

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature]

(Rev. 01/2011)    Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For Issuance of an arrest warrant or summons)

I state that on **MAY 24TH, 2017** while exercising my duties as a law enforcement officer in the **SOUTHERN** District of **CALIFORNIA**

AT APPROXIMATELY 2135 HOURS, I OBSERVED HAL WITTNER REVERSE OUT OF A PARKING STALL WHILE USING MOBILE DEVICE. I CONDUCTED A TRAFFIC STOP TO FURTHER INVESTIGATE. MR. WITTNER ADMITTED TO USING A MOBILE DEVICE WHILE OPERATING A MOTOR VEHICLE.

The foregoing statement is based upon:

☑ my personal observation    ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **05/24/2017**    [signature]    #2125
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ___
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN JUN 09, 2017 10:57
CVB SCAN JUN 09, 2017 10:57